UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KARINA POWELL, | § | |
|     *Plaintiff,* | § | |
| | § | |
| VS. | § | Civil Action No. 2:17-cv-00364 |
| | § | |
| CASE & ASSOCIATES PROPERTIES, INC. | § | |
| | § | |
|     *Defendants*. | § | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

To the Honorable U.S. District Judge:

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff, Karina Powell, hereby moves for leave to file an amended complaint as follows:

**I.**

1. This premises liability case was originally filed in Nueces County Court at Law Number 3 against two Defendants, Walnut Ridge Apartments, LP ("Case, LP") and Case & Associates Properties, Inc. ("Case, Inc."). Case, LP is a Limited Partnership and Case, Inc. is a Foreign Corporation. Case, LP is the owner of the property where Plaintiff was injured and Case, Inc. is the managing company.

**II.**

2. On March 23, 2017, the case was removed to this Court by Defendants who claimed that Case, LP was improperly joined. *See, 2:17-cv-112*, at Docket No. 1. In the Notice of Removal, Defendants admitted that Case LP is a citizen of Texas because at least one of the partners of Case LP resides in Texas. Judge Head subsequently remanded the case to Nueces County Court at Law No. 3 finding that Case, LP was properly joined.

**III.**

3. On October 26, 2017, Plaintiff amended her Original Petition in response to Defendants' Special Exceptions to the petition. While the amended petition did address Defendants' request that Plaintiff plead more specially, Plaintiff inadvertently removed her claim against the property owner, Case, LP.

**IV.**

4. Case, LP is a necessary party to this action because it is the owner of the premises where Plaintiff slipped and fell. As this is a premises liability case, Case LP as the owner of the property, "generally owes those invited onto the property a duty to make the premises safe or to warn of dangerous conditions as reasonably burden under the circumstances". *Occidental Clean Corp. v. Jenkins*, 478 S.W. 3d 640.644 (Tex. 2016).

**CONCLUSION**

Under Rule 15 (a), a party may amend its pleading with leave of court and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15 (a). In this case, a necessary party to this action, Case Walnut Ridge Apartments, LP. was inadvertently left off from the last Amended Petition and the Statue of Limitations on this action has not run. Accordingly, Plaintiff requests that in the interest of justice she be allowed to file her amended complaint attached as Exhibit A to this Motion.

> Respectfully submitted,
> **HERRMAN & HERRMAN, PLLC**
> The Herrman Building
> 1201 Third Street
> Corpus Christi, Texas 78404
> Telephone: (361) 883-7705
> Telecopier: (361) 883-7957

By: */S/ Josh W. Hopkins*
Josh W. Hopkins
State Bar No. 00787714

E-Service Email: litigation@herrmanandherrman.com

## CERTIFICATE OF CONFERENCE

I hereby certify that Plaintiff in good faith conferred with Defendant regarding the foregoing motion but that an agreement could not be reached. This motion should therefore be considered opposed.


*/S/ Josh W. Hopkins*
Josh Hopkins

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on the 30th day of November 2017 to all attorneys of record by:

Nelson Skylar
BROWN AND SIMS
1177 West Loop South, 10th Fl.
Houston, Texas 77027
nskylar@brownsims.com
*Attorneys for Defendants*

*/S/ Josh W. Hopkins*
**JOSH W. HOPKINS**