United States District Court
Southern District of Texas
**ENTERED**
December 26, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| KARINA POWELL, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 2:17-CV-364 |
| CASE & ASSOCIATES PROPERTIES, INC., | § |
| Defendant. | § |

### FINAL JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal (D.E. 23), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 21st day of December, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE